UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| BRENDA LEE F., | : | |
| | : | |
| Plaintiff, | : | 1:25-cv-00188-MJP |
| | : | |
| -v- | : | |
| | : | |
| COMMISSIONER | : | |
| OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Plaintiff filed an action seeking judicial review of the decision of the Commissioner of Social Security, which denied her claim for Supplemental Security Income, pursuant to 42 U.S.C. § 405(g) made applicable to SSI by 42 U.S.C. § 1383(c)(3).  Both parties filed Motions for Judgment on the Pleadings, and oral argument was  held on June 18, 2026.

This Court has reviewed the parties' competing motions together with their respective memoranda of law, and the arguments of Justin Jones, Esq., of Hiller Comerford Injury & Disability Law, attorney of record for Plaintiff, and Luis Pere, Esq., Special Assistant United States Attorney for the Western District of New York, attorney of record for Defendant.  Now, upon all pleadings, the administrative record, the parties' memoranda of law, and the arguments of the parties,

It is ORDERED and ADJUDGED, for the reasons stated in open Court at the oral argument of this matter on June 18, 2026, pursuant to 28 U.S.C. § 636(c) and the parties' consent, and consistent with this Court's ruling from the bench following oral argument, the decision of Defendant Commissioner is Affirmed; and it is further

ORDERED and ADJUDGED, that Plaintiff's motion for judgment on the pleadings (ECF No. 9) is Denied; and it is further

ORDERED and ADJUDGED that the transcript of the Court's Decision shall be filed, and the Court Clerk shall issue Judgment in favor of the Commissioner and close this case.

**SO ORDERED.**

MARK W. PEDERSEN
UNITED STATES MAGISTRATE JUDGE

DATED: **June 22, 2026**